```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22702
   MICHAEL A COLE
   SHEILA A COLE                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5678      SSN XXX-XX-7456
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/04/07 and confirmed on 04/18/08.

   2.  The case was dismissed after confirmation, 10/10/2008.

   3.  The Debtor paid a total of $   4533.80 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRP FINANCIAL SERVICES C | CURRENT MORTG | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES C | MORTGAGE ARRE | 15321.99 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 30.45 | .00 | 30.45 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 17448.10 | .00 | .00 |
| SALTA GROUP | SECURED | 2182.70 | .00 | 1275.16 |
| COMED | UNSECURED | 1559.46 | .00 | .00 |
| FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| LOCKPORT TWNSP SEWER & W | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF IL | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 412.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17535.14 | 17448.10 | 1971.46 | .00 | 36954.70 |
| PRINCIPAL PAID | 1305.61 | .00 | .00 | .00 | 1305.61 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1305.61 | .00 | .00 | .00 | 1305.61 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3500.00
and was paid $    376.00  direct and $   2967.58  through the plan.

The Trustee received $     260.61 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```